# Order

Michigan Supreme Court
Lansing, Michigan

June 19, 2019

156243 & (54)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
            Plaintiff-Appellee,

v

CALVIN TILLMAN,
            Defendant-Appellant.

SC: 156243
COA: 331440
Wayne CC: 15-008846-FC

_____/

By order of January 24, 2018, the application for leave to appeal the June 22, 2017 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Kavanaugh* (Docket No. 156408). On order of the Court, leave to appeal having been denied in *People v Kavanaugh*, on December 27, 2018, 503 Mich 933 (2018), the application is again considered. The appellant's motion to incorporate by reference the amicus curiae brief filed by the Prosecuting Attorneys Association of Michigan in *People v Kavanaugh* is GRANTED. The application is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2019



Clerk

s0612